THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Casandra Cae Laster,       
Appellant.
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No.  2003-UP-297
Submitted February 20, 2003 - Filed 
 April 30, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Casandra Cae Laster appeals 
 her conviction for accessory after the fact of murder, arguing that the trial 
 judge failed to grant a directed verdict because there was no substantial evidence 
 beyond reasonable doubt that she aided, abetted, assisted or gave personal aid 
 to Dallen Bounds when he murdered the cashier at Radio Shack.  Laster filed 
 a separate pro se brief, arguing the following three issues: (1) the 
 trial judge erred in failing to strike a juror who appeared to be sleeping during 
 the trial; (2)  the trial judge erred in failing to suppress Lasters statement 
 to police because the statement was made pursuant to an invalid arrest; and 
 (3) the trial judge showed extreme favoritism to the State. After a thorough 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] Lasters 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.